

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-17-00272-CR

**IN RE** Dominic S. **ANDERSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

On May 1, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 4, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4 day of May, 2017.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 14-2309-CR-A, styled *State of Texas v. Dominic S. Anderson*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William Old presiding.